**In re David P. BOYCE, Rajendra Mehta, and David F. Laurash.**

No. 00–1525.

United States Court of Appeals, Federal Circuit.

May 11, 2001.

Before MAYER, Chief Judge, LINN and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.